No. 72–92.  BUTCHER ET AL. *v.* TOWNSHIP OF GROSSE ILE ET AL.  Appeal from Sup. Ct. Mich, dismissed for want of substantial federal question.  MR. JUSTICE STEWART would dismiss appeal for want of a properly presented federal question.

No. 72–5080.  BUNCH *v.* CITY OF CINCINNATI.  Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 72–5133.  BUCHANAN *v.* TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.  MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 71–1302.  SUPERINTENDENT OF FIELD UNIT No. 9 *v.* TERRY.  C. A. 4th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Colten* v. *Kentucky,* 407 U. S. 104.

No. 71–1548.  IN RE LEARY.  Super. Ct. Div., Gen. Ct. of Justice, County of Wake, N. C.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Jackson* v. *Indiana,* 406 U. S. 715.  MR. JUSTICE DOUGLAS dissents from vacating and remanding this case.

No. 71–6773.  DUNCAN *v.* UNITED STATES.  C. A. 9th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Gelbard* v. *United States,* 408 U. S. 41.